UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALLEN YOCOM,<br><br>   Petitioner,<br><br>   v.<br><br>KATHLEEN ALLISON, LAURA ELDRIDGE, AND ATTORNEY GENERAL,<br><br>   Respondents. | Case No.   1:21-cv-00187-HBK<br><br>ORDER DENYING PETITIONER'S MOTION FOR EMERGENCY PROTECTIVE ORDER<br><br>(Doc. No. 11) |

Petitioner Michael Allen Yocom, a state prisoner proceeding *pro se*, has pending a petition for writ of habeas corpus under 28 U.S.C. § 2254. (Doc. No. 1). Before the court is petitioner's motion for emergency protective order. (Doc. No. 11).

Petitioner alleges that certain prison personnel are retaliating against him, have wrongfully transferred him to a quarantine unit, are torturing him, and are denying him access to medical care and mailing envelopes. (*See generally* Doc. No. 11). Petitioner requests that this court order petitioner be transferred into the custody of the federal prison system. (*Id*. at 4). Such claims turn on petitioner's conditions of confinement and are inappropriate on habeas review. *See Badea v. Cox*, 931 F. 2d 573, 574 (9th Cir. 1991) (noting purpose of habeas is to challenge "legality or duration" of a petitioner's incarceration, quoting *Preiser v. Rodriguez*, 411 U.S. 475, 485 (1973)).

Instead, "a [42 U.S.C.] § 1983 action is a proper remedy for a state prisoner who is making a constitutional challenge to the conditions of his prison life." *Preiser*, 411 U.S. at 499.  Therefore, to the extent petitioner wishes to challenge his conditions of confinement, he should do so in a § 1983 civil rights action.[1]  Although the clerk of court recently provided petitioner with a blank § 1983 civil rights complaint form (Doc. No. 8), petitioner's place of confinement was recently changed.  (Doc. Nos. 9, 10).  Therefore, out of an abundance of caution, the court will direct the clerk to send an additional blank § 1983 civil rights complaint form to petitioner's updated address.

Accordingly, it is **ORDERED**:

1. Petitioner's motion for emergency protective order (Doc. No. 11) is **DENIED**.
2. The clerk of court is directed to provide petitioner with a blank § 1983 civil rights complaint form.

IT IS SO ORDERED.

Dated:     March 25, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] The court, by separate order, has directed the clerk of court to notify the appropriate prison officials of petitioner's claims.