UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALLEN YOCOM,<br><br>Petitioner,<br><br>v.<br><br>KATHLEEN ALLISON, LAURA ELDRIDGE, AND ATTORNEY GENERAL,<br><br>Respondent. | Case No. 1:21-cv-00187-HBK<br><br>ORDER DIRECTING CLERK TO SEND PLEADINGS TO APPROPRIATE INSTITUTIONAL OFFICIAL<br><br>(Doc. No. 11) |

Petitioner Michael Allen Yocom, a state prisoner proceeding *pro se*, has pending a petition for writ of habeas corpus under 28 U.S.C. § 2254. (Doc. No. 1). In a motion for emergency protective order, petitioner raised claims that prison officials are subjecting him to torture, denying him health care, and treating him cruelly and inhumanely. (*See generally* Doc. No. 11). The court regularly receives *pro se* notices from confined persons alleging suicide, danger of death, or imminent serious physical harm to themselves or to others. In an abundance of caution, the court will expediate notice of such allegations to the appropriate state or federal officials for whatever action those officials deem appropriate.

Accordingly, it is **ORDERED**:

1. The clerk shall forward a copy of petitioner's motion for emergency protective order (Doc. No. 11 ) which contains allegations of suicide, danger of death, or imminent physical harm

by a confined person to the appropriate officials at the Salinas Valley State Prison in Soledad, CA for handling as officials deem appropriate.

    2. The clerk shall indicate on the docket the name of the official(s) to whom notice was provided and upon receipt the official shall confirm receipt thereof.

    3. This order is not a ruling on the allegations or relief requested in the pleading or the merits of allegations in this case.

IT IS SO ORDERED.

Dated:   March 25, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2