UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALLEN YOCOM,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>KATHLEEN ALLISON,<br><br>　　　　　　Respondent. | Case No.  1:21-cv-00187-NONE-HBK<br><br>ORDER STRIKING LETTER FROM RECORD<br><br>(Doc. No. 48) |

Petitioner Michael Allen Yocom, a state prisoner proceeding *pro se*, has pending a petition for writ of habeas corpus under 28 U.S.C. § 2254. (Doc. No. 1). On December 4, 2020, petitioner addressed a letter to the Clerk of Court. (Doc. No. 48). Under the Federal Rules of Civil Procedure and this Court's Local Rules, all requests for a court order must be made by motion and served on all parties to the action. *See* Federal Rules of Civil Procedure 5(a)(1)(D), 7(b)(1); Local Rule 135(d). Accordingly, Petitioner's letter to the Clerk was improperly filed.

Accordingly, the **Clerk of Court** shall **STRIKE** from the letter (Doc. No. 48) from the docket.

Dated:　August 9, 2021

　　　　　　　　　　　　　　　　　　　　　／s／ Helena M. Barch-Kuchta
　　　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE