UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN YOCOM,<br><br>Petitioner,<br><br>v.<br><br>KATHLEEN ALLISON,<br><br>Respondent. | 1:21-cv-00187-JLT-HBK (HC)<br><br>ORDER FINDING AS MOOT PETITIONER'S MOTION TO AMEND<br><br>(Doc. No. 105)<br><br>CLERK TO PROVIDE COURTESY COPY OF ORDER DENYING MOTION FOR RECONSIDERATION<br><br>(Doc. No. 104) |

Before the Court is Petitioner's motion to amend his motion for reconsideration filed November 27, 2024. (Doc. No. 105). On March 18, 2024, Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2254 was denied and the case was closed. (Doc. No. 101). On August 13, 2024, Petitioner's motion for reconsideration was denied. (Doc. No. 104). Liberally construed, Petitioner argues the Clerk of Court improperly closed his case before the Court was able to consider his motion for reconsideration. (Doc. No. 105, "Motion"). Upon review of the docket, it appears the order denying the motion for reconsideration was returned as "Undeliverable, Attempted – Not Known, Unable to Forward" on September 4, 2024. (*See* docket).

1

As the Court denied the Motion on August 13, 2024, and the case is closed, Petitioner's request to amend the motion for reconsideration is moot. The Court will direct the Clerk to provide a courtesy copy of the August 13, 2024 Order denying the motion for reconsideration to Petitioner at his updated address.

Accordingly, it is **ORDERED**:

1. Petitioner's motion to amend the motion for reconsideration (Doc. No. 105) is DENIED as MOOT.
2. The Clerk of Court shall provide a copy of the August 13, 2024 Order denying Petitioner's Motion for Reconsideration (Doc. No. 104) with this Order.

Dated:   December 2, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE